**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**DENZEL MORRIS,**

                **Plaintiff,**

       **v.**                                                **9:09-CV-1226**

**TROY T. PLUMMER, et al.,**

                **Defendants.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

Denzel Morris
04-A-2038
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871
Plaintiff, *pro se*

HON. ANDREW M. CUOMO            Adele M. Taylor-Scott, ESQ.
Attorney General for the State of New York   Assistant Attorney General
The Capitol
Albany, NY 12224
Attorney for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 14th day of September 2010. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion to dismiss the complaint (Dkt. No. 11) is granted and the complaint is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: October 6, 2010
      Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge